**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ALFREDO RIVERA-AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>ALFREDO RIVERA-AGUILAR,<br><br>         Defendant. | 2:10-CR-00408 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michele Beckwith, and defendant, Alfredo Rivera-Aguilar, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, November 9, 2010 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to December 14, 2010 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

The reason for this request is that additional time is needed for Ms. Radekin to review discovery and to go over the plea agreement with Mr. Rivera-Aguilar. The Court is advised that Ms. Beckwith concurs with this request and has authorized Ms. Radekin to sign this stipulation on her behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until December 14, 2010 should be excluded in computing time for commencement of trial under the

1 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
2 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
3 preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
4 outweigh the best interests of the public and the defendant in a speedy trial.

5      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

6 IT IS SO STIPULATED

7 Dated: November 8, 2010             BENJAMIN WAGNER
                                              United States Attorney
8
                                     By:     /s/ Michele Beckwith
9                                            MICHELE BECKWITH
                                            Assistant United States Attorney
10

11 Dated: November 8, 2010                 /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
12                                             Attorney for Defendant
                                            ALFREDO RIVERA-AGUILAR
13

14
**ORDER**
15

16      For the reasons set forth in the accompanying stipulation and declaration of counsel, the status
17 conference date of November 9, 2010 at 9:30 a.m. is VACATED and the above-captioned matter is
18 set for status conference on December 14, 2010 at 9:30 a.m.  The Court finds excludable time in this
19 matter through December 14, 2010 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow
20 continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For
21 the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the
22 request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
23 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.
24
Dated:  11/8/2010                         /s/ John A. Mendez
25                                             HON. JOHN A. MENDEZ
                                            United States District Judge
26

27

28