1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  ALFREDO RIVERA-AGUILAR

6
              IN THE UNITED STATES DISTRICT COURT FOR THE
7
                     EASTERN DISTRICT OF CALIFORNIA
8

9

10  UNITED STATES OF AMERICA,

11              Plaintiff,                      **Case No. 2:10-cr-00408** JAM

12  v.

13                                             **STIPULATION AND  ORDER TO**
                                               **CONTINUE STATUS CONFERENCE**
    ALFREDO RIVERA-AGUILAR,
14
                Defendant.
15

16

17
                                  **STIPULATION**
18
          Plaintiff, United States of America, by and through its counsel, Assistant United States
19
    Attorney Michele Beckwith, and defendant Alfredo Rivera-Aguilar, by and through his counsel, Erin
20
    J. Radekin, agree and stipulate to vacate the date set for status conference, December 14, 2010 at
21
    9:30 a.m., in the above-captioned matter, and to continue status conference to January 25, 2011 at
22
    9:30 a.m., in the courtroom of the Honorable John A. Mendez.
23
          The reason for this request is that the parties need additional time to discuss the fast-track
24
    pre-sentence report and negotiate resolution of this case.  The court is advised that Ms. Beckwith
25
    concurs with this request and has authorized Ms. Radekin to sign this stipulation on her behalf.
26
          The parties further agree and stipulate that the time period from the filing of this stipulation
27
    until January 25, 2011 should be excluded in computing time for commencement of trial under the
28
    Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local

    Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense

1   preparation.  It is further agreed and stipulated that the ends of justice served in granting the request

2   outweigh the best interests of the public and the defendant in a speedy trial.

3          Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

4   IT IS SO STIPULATED.

5   Dated: December 10, 2010                    BENJAMIN WAGNER
                                                United States Attorney

6
                                        By:          /s/ Michele Beckwith
7                                             MICHELE BECKWITH
                                              Assistant United States Attorney
8

9   Dated: December 10, 2010                     /s/ Erin J. Radekin
                                              ERIN J. RADEKIN
10                                            Attorney for Defendant
                                              ALFREDO RIVERA-AGUILAR
11

12
                                    **ORDER**
13

14          For the reasons set forth in the accompanying stipulation and declaration of counsel, the

    status conference of December 14 at 9:30 a.m. is VACATED and the above-captioned matter is set
15

    for status conference on January 25, 2011 at 9:30 a.m.  The court finds excludable time in this matter
16

    through January 25, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow
17

    continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For
18

    the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the
19

    request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.
20

    3161(h)(7)(A), (h)(7)(B)(iv).
21

22  IT IS SO ORDERED.

    Dated: 12/10/2010                          /s/ John A. Mendez
23                                            HON. JOHN A. MENDEZ
                                              United States District Judge
24

25

26

27

28

                                          -2-