**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ALFREDO RIVERA-AGUILAR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>ALFREDO RIVERA-AGUILAR,<br><br>           Defendant. | Case No. 2:10-cr-00408 KJM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michele Beckwith, and defendant Alfredo Rivera-Aguilar, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference in the above-captioned matter, January 25, 2011 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez, and to continue the status conference to March 24, 2011 at 10:00 a.m., in the courtroom of the Honorable Kimberly J. Mueller.

The reason for this request is that the defense needs time to conduct additional investigation and research with regard to possible sentencing choices in this matter, and to discuss the government's offer with Mr. Rivera-Aguilar.  In addition, in light of the reassignment of this case to Judge Mueller, the matter is moved to Judge Mueller's calendar.  The court is advised that Ms. Beckwith concurs with this request and has authorized Ms. Radekin to sign this stipulation on her behalf.

1  The parties further agree and stipulate that the time period from the filing of this stipulation until March 24, 2011 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 22, 2011                              BENJAMIN WAGNER
                                                     United States Attorney

                                                     By:      /s/ Michele Beckwith
                                                        MICHELE BECKWITH
                                                        Assistant United States Attorney


Dated: January 22, 2011                                   /s/ Erin J. Radekin
                                                        ERIN J. RADEKIN
                                                        Attorney for Defendant
                                                        ALFREDO RIVERA-AGUILAR


**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of January 25, 2011 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez is VACATED and the above-captioned matter is set for status conference on March 24, 2011 at 10:00 a.m. in the courtroom of the Honorable Kimberly J. Mueller.  The court finds excludable time in this matter through March 24, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.
                                                     /S/ KIMBERLY J. MUELLER
DATED:  January 25, 2011.                            KIMBERLY J. MUELLER
                                                     U.S. District Judge

-2-